# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

Terrence Joseph McGuirk                    3542722

_____          _____

_____          _____

_____          _____

*(Enter above the full name of the plaintiff*          *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action).*

**VERSUS**                     CIVIL ACTION NO. 5:19-cv-00109
                               *(Number to be assigned by Court)*

Christopher A. Blevins

_____

_____

_____

_____

*(Enter above the full name of the defendant*
*or defendants in this action)*

```
FILED
FEB 1 3 2019
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia
```

## **COMPLAINT**

I.     **Previous Lawsuits**

    A.     Have you begun other lawsuits in state or federal court dealing with the same
facts involved in this action or otherwise relating to your imprisonment?

        Yes _____          No ___X___

1

2

B.  If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

    1.  Parties to this previous lawsuit:

        Plaintiffs:  _____

                _____

                _____

        Defendants:  _____

                _____

                _____

    2.  Court (if federal court, name the district; if state court, name the county);

        _____

_____

    3.  Docket Number:  _____

    4.  Name of judge to whom case was assigned:

        _____

    5.  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?

        _____

_____

    6.  Approximate date of filing lawsuit:  _____

    7.  Approximate date of disposition:  _____

II.     **Place of Present Confinement:** SRJ 1200 Airport Rd. Beaver WV 25813

  A.     Is there a prisoner grievance procedure in this institution?

                    Yes   X              No _____

  B.     Did you present the facts relating to your complaint in the state prisoner grievance procedure?

                    Yes _____          No   X

  C.     If you answer is YES:

    1.     What steps did you take?  _____

           _____

    2.     What was the result?  _____

           _____

  D.     If your answer is NO, explain why not: Complaint is from
         Previous State case 12-F-128

III.    **Parties**

  (In item A below, place your name and inmate registration number in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

  A.     Name of Plaintiff: Terrence Joseph McGuirk #3542722
         Address: SRJ 1200 Airport Rd. Beaver WV 25813

  B.     Additional Plaintiff(s) and Address(es): _____

         _____

         _____

         _____

3

(In item C below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item D for the names, positions, and places of employment of any additional defendants.)

C.   Defendant: Christopher A. Blevins

is employed as: West Virginia State Trooper (BCI)

at 725 Jefferson Rd, South Charleston WV 25309

D.   Additional defendants: _____

_____

_____

_____

## IV.   Statement of Claim

State here as briefly as possible the <u>facts</u> of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

West Virginia State Trooper (BCI) Division Christopher A. Blevins lost, stole, and/or destroyed Personal non-contraband items belonging to myself. Trooper Blevins was personally responsible for the items in accordance with law enforcements rules for or retting to Chain of evidence. Please excuse the lapse in time of filing but this information was not

4

**IV.    Statement of Claim (continued):**

available to me until filing a Pro-se motion to the Court, requesting the return of all noncontraband items, after numerous requests to appointed counsel in the Criminal Matter refused to do so. Please view included documents. See Exhibit "A"

1. Emails between Assistant State Prosecutor & my court appointed counsel following Pro-se motion to return all non-contraband items.

**V.    Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Hold West Virginia State Trooper Christopher A. Blevins personally responsible for the lost, stole, and/or destroyed personal property, by finding him guilty of the above mentioned. Holding him financially responsible for the following items: (See Exhibit "B")

**V.     Relief (continued)):**

_____

_____

_____

_____

_____

_____

**VII.    Counsel**

A.      If someone other than a lawyer is assisting you in preparing this case, state the person's name:

_____

B.      Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?

Yes  X        No  _____

If so, state the name(s) and address(es) of each lawyer contacted:

Travis Sayre   PO Box 1626, Parkersburg, WV 26102
Stated he does not handle 1983 cases

If not, state your reasons:  _____

_____

C.      Have you previously had a lawyer representing you in a civil action in this court?

Yes  _____        No  X

If so, state the lawyer's name and address:

_____

_____

Signed this ___11TH___ day of ___February_____, 20 _19_.

_____Jimmy McLean 3542722_____

_____

_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___February 11 2019_____.
                        (Date)

_____Jimmy McLean 3542722_____

Signature of Movant/Plaintiff

_____

Signature of Attorney
(if any)